**United States District Court**
For the Northern District of California

1
2
3              IN THE UNITED STATES DISTRICT COURT
4            FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                    SAN FRANCISCO DIVISION
6
7   Gary Hunt,                              No. C 14-05429 RS
              Plaintiffs,
8       vs.                                 **STANDBY ORDER OF DISMISSAL**
9   Albany Unified School District, et al.,
10            Defendants.
11  _____/
12
13        The Court has been informed that the above-entitled action has settled.  Accordingly, the

14  Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

15  **November 2, 2015**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to

16  appear on **November 5, 2015 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco**

17  **Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this

    Order may result in dismissal of the case.
18
19
20
21        IT IS SO ORDERED.
22
23  Dated:  September 2, 2015
24                                          RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE
25
26
27
28