MARINA B. PITTS, ESQ. (SBN: 120973)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
Email: pittsm@stubbsleone.com

Attorneys for Defendant
ALBANY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY K. HUNT, | Case No.: C14-5429 RS |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| ALBANY UNIFIED SCHOOL DISTRICT; SEIU Local 1021, | |
| Defendant. | |

WHEREAS this case has been completely resolved by the settlement and a written release of all claims by plaintiff Gary Kyle Hunt,

IT IS HEREBY STIPULATED that this action shall be dismissed with prejudice in its entirety.

Dated: 09/24/ , 2015

GARY KYLE HUNT, Plaintiff in Pro Per

Dated: Oct. 20 , 2015

**STUBBS & LEONE**.

MARINA B. PITTS, ESQ.
Attorneys for Defendant ALBANY USD

**IT IS SO ORDERED:**

Dated: 10/21 , 2015

HONORABLE RICHARD SEEBURG
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION
WITH PREJUDICE

C14-5429 RS

1